## MILLER v. STATE.

No. 22288.

Court of Criminal Appeals of Texas.

Nov. 18, 1942.

H. H. Shelton, of Austin, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

**BEAUCHAMP, Judge.**

Clarence Miller was convicted by the District Court of Travis County on the charge of bigamy and sentenced to two years in the penitentiary.

The record is before us without bills of exception and without a statement of fact. The proceeding appears to be regular. We find no question for discussion and the judgment of the trial court is affirmed.